# EXHIBIT A



# Top Interiors
From concept to conception

Home | About Us | Careers | Gallery | Work With Us | Contact Us

Get In Touch

## Our Top Priority Is Your Total Satisfaction

## Always.

Let's Chat!



### Commercial Spaces

Professional Settings require the proper balance of décor and functionality to allow for proper productivity. Our expert team of designers understand this and are skilled in fusing the right dynamics for each specific space.

### Healthcare Facilities

When it comes to healthcare facilities, comfort is key. Our team is highly trained to design these spaces with an eye for elegance without compromising on the level of comfort provided for each resident.

### Multi Family

Multi-family complexes require special attention to the needs of each individual occupant. Our team keeps an eye on family-oriented amenities, comfort and style, to ensure the satisfaction of all who manage and dwell in each complex.



## Our Commitment

Since our founding, we have established a reputation for quality, exceptional efficiency and the highest level of professionalism. No matter which service you're looking for, we guarantee to exceed your expectations and ensure your total satisfaction.

We are committed to keeping the lines of communication with our clients open at all times; we are in this together!

Our mission is simple: To provide high-quality services in a timely and efficient manner. Our team tailors every aspect of each project's specific needs, to meet each client's complete satisfaction.



## Professional Associations


Licensed in the State of NJ


Licensed in the State of NY


Licensed in the state of PA


Member of the Building Trades Association


Memeber of the Metro Real Estate Investors Association

## Testimonials

Top Interiors provided and continue to provide the Mana Corporation with excellent construction and construction-related administrative services. With nearly 30 years in the construction industry, I can comfortably state that Top Interior's owners are true professionals and can be trusted with any type of construction project. We will surely continue to work together for years to come.

Avi Bauman
Lead Architect & Designer
Mana Miami

### Headquarters
145 Ocean Ave
Lakewood, NJ 08701
732-534-0946