# EXHIBIT B

# Top Interiors
From concept to conception

Home   About   Work With Us   Careers   Gallery   Get In Touch

## About Us

### Our Background

"Good buildings come from good people, and all problems are solved by good design"

Throughout history, builders have always been revered for their ability to mold the natural elements into something new, perhaps something never seen before. Building is therefore a creative act on a momentous scale.

Top Interiors is lucky enough to be involved in construction and building. It's an incredible joy to be involved in bringing forth from mere drawings and ideas a design and concept that will set the standards for the future.

Since it's founding, Top Interiors has been known for quality services, exceptional efficiency and the highest level of professionalism. No matter what service you're looking for, we guarantee to not only meet, but exceed your expectations and ensure your full satisfaction.

Our team is up for every job, managing projects with the skill and experience our clients have come to expect. Please get in touch to learn more about our team, our company or for details about the services we provide.



145 Ocean Ave
Lakewood, NJ 08701
732.534.0946
718.683.0039

©2019 by topintnyc.com

Let's Chat!

# Top Interiors
From concept to conception

Home   About   Work With Us   Careers   Gallery   **Get In Touch**

## Join Our Team

Interested in joining our team of foremen and subcontractors? Get in touch, we'd be happy to chat.
Complete application in the link below.

Interesado en formar parte de nuestro equipo de capataces y subcontratistas? llegar, estaríamos encantados de charlar.
Completar solicitud en el siguiente enlace.





145 Ocean Ave
Lakewood, NJ 08701
732.534.0946
718.683.0039

©2019 by topintnyc.com

Let's Chat!

# Top Interiors
From concept to conception

Home   About   Work With Us   Careers   Gallery   Get In Touch





Mana Contemporary
November 2017





Let's Chat!
















145 Ocean Ave
Lakewood, NJ 08701
732.534.0946
718.683.0039

©2019 by topintnyc.com

Let's Chat!

**Top Interiors**

From concept to conception

Home    About    Work With Us    Careers    Gallery    Get In Touch



## Work With Us

As an ever-growing company, Top Interiors is always on the lookout to expand its pool of quality suppliers and contractors. If you are as committed as us to materialize mere ideas into astonishing results, please reach out, we should talk.

Info@topintnyc.com

145 Ocean Ave
Lakewood, NJ 08701
732.534.0946
718.683.0039

©2019 by topintnyc.com

Let's Chat!

Let's Chat!








