# EXHIBIT C

**Linkedin** | Jobs ▾ | Top Interiors | Worldwide | 🔍 | Join now | Sign in



## Top Interiors
Construction

We specialize in creating beautifully executed commercial interiors.

**Follow**

👤 **View all 3 employees**

···

## Similar pages


**Inpro Corporation**
Building Materials
Muskego, WI


**Supreme Lighting**
Electrical/Electronic Manufacturing
brooklyn, NY · New York


**Lucida**
Staffing and Recruiting
Melbourne , Victoria

**THCG**
Construction
Toms River , NJ

Show more similar pages ⌄

## Browse jobs

**Executive jobs**
364,766 open jobs

**Engineer jobs**
301,351 open jobs

**Manager jobs**
1,210,399 open job

## About us

Top Interiors specializes in creating beautifully executed commercial interiors for each project, large, medium or small. We provide hands-on management to keep the project on time and on budget. Top Interiors recognizes retail construction services as one of the most detail oriented and schedule-driven sectors. We deliver top quality results and service to ensure a flawless launch and store success. Top Interiors has been providing contracting services to building owners for years. We understand owners' perspectives and are able to help them attract and keep tenants in an ever-changing marketplace.

| | |
|---|---|
| Website | http://www.topintnyc.com ✅ |
| Industries | Construction |
| Company size | 1-10 employees |
| Type | Privately Held |

## Employees at Top Interiors


**Moshe Weinberg**
CEO at Top Interiors | Co Founder at Zeligs Place

**See all employees**



Search

Log In    Sign Up



## topinteriors1  Follow

**38** posts    **114** followers    **2** following

**Top Interiors**
We specialize in creating beautifully executed commercial interiors. We provide hands-on management to keep the project on time and on budget. **www.topintnyc.com** ✓



Highlights

Log In to Instagram
Log in to see photos and videos from friends and discover other accounts you'll love.

Log In

Sign Up































