UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

EDDIE SOTO, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

                Plaintiff,

v.

TOP INTERIORS LLC d/b/a TOP INTERIORS,
TOP INTERIORS INC. d/b/a TOP INTERIORS,
TOP DESIGN INTERIORS CORP.
d/b/a TOP INTERIORS,
JOHN DOE CORPORATIONS NY 1-10
d/b/a TOP INTERIORS,
JOHN DOE CORPORATIONS PA 1-10
d/b/a TOP INTERIORS,
YEHUDA SCHWARTZ, MOSHE WEINBERG,
and YONI GROSSMAN,

                Defendants.

Case No.: 1:21-cv-02846

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Eddie Soto hereby accepts and provides notice that he has accepted Defendant Top Interiors LLC's Offer of Judgment dated April 4, 2022, and annexed hereto as **Exhibit A**.

Dated: April 4, 2022

                                          Respectfully submitted,

                                          By:

                                          C.K. Lee, Esq. (CL 4086)
                                          LEE LITIGATION GROUP, PLLC
                                          148 West 24th Street, 8th Floor
                                          New York, NY 10011
                                          Tel.: (212) 465-1188
                                          Fax: (212) 465-1181
                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2022, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Jacob Oslick, Esq.
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
P: 212-218-6480
joslick@seyfarth.com

By: _____
C.K. Lee, Esq.