UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 08 2022 ★

BROOKLYN OFFICE

---

EDDIE SOTO, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

    Plaintiff,

v.

TOP INTERIORS LLC d/b/a TOP INTERIORS,
TOP INTERIORS INC. d/b/a TOP INTERIORS,
TOP DESIGN INTERIORS CORP.
d/b/a TOP INTERIORS,
JOHN DOE CORPORATIONS NY 1-10
d/b/a TOP INTERIORS,
JOHN DOE CORPORATIONS PA 1-10
d/b/a TOP INTERIORS,
YEHUDA SCHWARTZ, MOSHE WEINBERG,
and YONI GROSSMAN,

    Defendants.

Case No.: 1:21-cv-02846(EK)(LB)

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Top Interiors LLC ("Top Interiors"), having offered to allow Plaintiff Eddie Soto ("Plaintiff") to take a judgment against it, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), to resolve all claims that Plaintiff has or may have against Top Interiors, the other Defendants named in this lawsuit, and all of their parents, subsidiaries, affiliated entities, officers, directors, and employees, in accordance with the terms and conditions of Defendant Top Interiors' Rule 68 Offer of Judgment dated April 4, 2022 and filed as Exhibit A to Docket Number 41;

**WHEREAS**, on April 4, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Top Interiors' Offer of Judgment (Dkt. No. 41);

It is **ORDERED and ADJUDGED,** that judgment is entered in favor of Plaintiff Eddie Soto, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), in accordance with the terms and conditions of Top Interiors' Rule 68 Offer of Judgment dated April 4, 2022 and filed as Exhibit A to Docket Number 41.

Dated: April 7, 2022  
Brooklyn, New York

BRENNA B. MAHONEY  
Clerk of Court

by: *Jalitza Poveda*  
Deputy Clerk